Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Northern Contractors, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4610234** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1621 Freeway Drive**<br>**Mount Vernon, WA 98273** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Skagit** | **Location of principal assets, if different from principal place of business** |
| County | **31704 Cedar Flats Lane Sedro Woolley, WA 98284** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 23-11047-CMA    Doc 1    Filed 06/05/23    Ent. 06/05/23 18:59:45    Pg. 1 of 49

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Case 23-11047-CMA    Doc 1    Filed 06/05/23    Ent. 06/05/23 18:59:45    Pg. 2 of 49

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 23-11047-CMA    Doc 1    Filed 06/05/23    Ent. 06/05/23 18:59:45    Pg. 3 of 49

Case number (*if known*) _____

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 23-11047-CMA    Doc 1    Filed 06/05/23    Ent. 06/05/23 18:59:45    Pg. 4 of 49

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 30, 2023**
              MM / DD / YYYY

**X /s/ Rory Butler**                                  **Rory Butler**
Signature of authorized representative of debtor       Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X /s/ Thomas D. Neeleman**                          Date   **May 30, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone   **(425) 212-4800**      Email address   **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Northern Contractors, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF WASHINGTON

Case number (if known)      _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 30, 2023**          X */s/ Rory Butler*
                                               Signature of individual signing on behalf of debtor

                                               **Rory Butler**
                                               Printed name

                                               **Managing Member**
                                               Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| | |
|---|---|
| Debtor name | **Northern Contractors, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO BOX 60189 City of Industry, CA 91716-0189 | | Credit Card | | | | $69,713.34 |
| CAT Financial 2120 West End Ave PO BOX 340001 Nashville, TN 37203-0001 | | 2015 CAT 313FL EX ($45,200) 2015 CAT 416 Backhoe ($35,600) 2022 CAT 420 Backhoe ($75,200) 2008 CAT D5 Dozer ($56,700) 2019 CAT CB24B Compacto | | $600,000.00 | $383,670.00 | $216,330.00 |
| Core & Main 1830 Craig Park Court St. Saint Louis, MO 63146 | | Supplies | | | | $16,985.71 |
| Guide Insurance Services 8108 Guide Meridian Lynden, WA 98264 | | Insurance | | | | $21,623.76 |
| HD Fowler PO BOX 84368 Seattle, WA 98124 | | Supplier | | | | $99,050.28 |
| K&D Services PO BOX 12040 Everett, WA 98206 | | Services | | | | $15,111.00 |
| Miles Sand & Gravel Company 400 Valley Ave NE Puyallup, WA 98372-2516 | | Purchases | | | | $35,951.61 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Miranda & Family Trucking**<br>**5420 218th Ave NE**<br>**Puyallup, WA**<br>**98372-2516** | | **Truck Rental** | | | | **$35,951.61** |
| **NC Machinery**<br>**NC The Cat Rental Store**<br>**PO BOX 58201**<br>**Seattle, WA**<br>**98138-1201** | | **Parts** | | | | **$30,784.62** |
| **Puget Construction Services**<br>**1609 Central Ave S, Unit 20**<br>**Kent, WA 98032** | | **Services** | | | | **$9,714.26** |
| **Rain For Rent**<br>**19430 59th Ave NE**<br>**Arlington, WA 98223** | | **Watering System - Shulman** | | | | **$11,769.96** |
| **Reliance WA**<br>**c/o Joseph Bowen**<br>**401 S Second Street**<br>**Mount Vernon, WA**<br>**98273** | | **Contract Lawsuit** | **Disputed** | | | **$500,000.00** |
| **RMV Industries**<br>**1777 S Burlington Blvd, #137**<br>**Burlington, WA**<br>**98233** | | **Truck Rental** | | | | **$12,875.00** |
| **Steelhead Trucking, LLC**<br>**13404 State Route 9 NE**<br>**Arlington, WA 98223** | | **Truck Rental** | | | | **$27,355.00** |
| **United Rentals**<br>**PO BOX 051122**<br>**Los Angeles, CA**<br>**90074-1122** | | **Various Rental** | | | | **$317,122.39** |
| **WA Department of Revenue**<br>**2101 4th Ave, Ste 1400**<br>**Seattle, WA 98121** | | **Sales/Excise Tax** | | | | **$28,769.50** |
| **Wallace & Assoc**<br>**PO BOX 405/200**<br>**Burlington, WA**<br>**98233** | | **Insurance** | | | | **$28,607.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Walsh Construction c/o Galloway Law Group PO BOX 425 Lake Stevens, WA 98258** | | **Contract Claim** | **Disputed** | | | **$250,000.00** |
| **Western Concrete Pumping, Inc 2015 E Bakerview Rd Bellingham, WA 98226** | | **Services** | | | | **$9,797.41** |
| **WEX Bank PO BOX 4337 Carol Stream, IL 60197-4337** | | **Fuel Card** | | | | **$31,521.02** |

**Fill in this information to identify the case:**

Debtor name    **Northern Contractors, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1: **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...............................................................    $       0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................    $       993,258.13

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................    $       993,258.13

Part 2: **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $       668,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $       47,905.88

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$       1,576,922.68

4. **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b          $       2,292,828.56

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Northern Contractors, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **BECU Checking (1800)** | **$0.00** |
| 7.2. | **BECU Checking 1751** | **$100.00** |
| 7.3. | **BECU Savings (1719)** | **$0.00** |
| 7.4. | **WA Federal Checking** | **$9,000.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                      **$9,100.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.     Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2015 CAT 313FL EX  ($45,200)**<br>**2015 CAT 416 Backhoe ($35,600)**<br>**2022 CAT 420 Backhoe ($75,200)**<br>**2008 CAT D5 Dozer ($56,700)**<br>**2019 CAT CB24B Compactor ($25,300)**<br>**2018 CAT CS54B Vibratory Compactor**<br>**($74,900)**<br>**2019 CAT 307.5 Exc ($65,400)**<br>**2022 CAT 307.5 Ex. ($85,600)**<br>**2015 CAT 323F Exc. ($68,200)**<br>**CVP40 ($8000)**<br>**CVP40 ($8000)** | $548,100.00 | Liquidation | $383,670.00 |

| | | | |
|---|---|---|---|
| 47.2. | **5 YD Bedding Box** | $4,500.00 | $4,500.00 |
| 47.3. | **MTX60HD Jumping Jack** | $1,000.00 | $1,000.00 |
| 47.4. | **Rotary Laser w/tripod** | $3,500.00 | $3,500.00 |
| 47.5. | **2005 Ford F550 VIN 2601** | $8,702.00 | $8,702.00 |
| 47.6. | **2010 Ford F350  VIN 7628 (Not running)** | $1,500.00 | $1,500.00 |
| 47.7. | **2007 Ford F550 VIN7266 (Not Running)** | $1,500.00 | $1,500.00 |
| 47.8. | **2010 F350 VIN 6341 (Not Running)** | $1,500.00 | $1,500.00 |
| 47.9. | **2012 F150 Pickup** | $4,000.00 | $4,000.00 |
| 47.10. | **1999 KW T800  ($21,000)** **1999 Reliance Trailer ($7,500)** | $28,500.00 | $28,500.00 |
| 47.11. | **2007 Kenworth  (needs engine) ($18,000)** **2006 Wesco Trailer ($5,000)** | $23,000.00 | $23,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | **Misc. Tools** | $25,600.00 | $25,600.00 |
| | **Accounts Receivables - Disputed** | $497,186.13 | $497,186.13 |

51.    **Total of Part 8.**                                                     | $984,158.13 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,100.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $984,158.13 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $993,258.13 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $993,258.13 |

Debtor name **Northern Contractors, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Arsenal Funding** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$20,000.00** | **$497,186.13** |
| | **c/o PCP Managment Corp.**<br>**15 West 36th Street, 11th**<br>**Floo**<br>**New York, NY 10018** | **Accounts Receivables - Disputed** | | |
| | Creditor's mailing address | Describe the lien<br>**UCC-1** | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**3/2/23** | | | |
| | **Last 4 digits of account number**<br>**8456** | | | |
| | Do multiple creditors have an<br>interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority.<br>**1. Arsenal Funding**<br>**2. Itria Ventures, LLC** | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| **2.2** | **CAT Financial** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$600,000.00** | **$383,670.00** |
| | | **2015 CAT 313FL EX  ($45,200)**<br>**2015 CAT 416 Backhoe ($35,600)**<br>**2022 CAT 420 Backhoe ($75,200)**<br>**2008 CAT D5 Dozer ($56,700)**<br>**2019 CAT CB24B Compactor ($25,300)**<br>**2018 CAT CS54B Vibratory Compactor ($74,900)**<br>**2019 CAT 307.5 Exc ($65,400)** | | |
| | **2120 West End Ave**<br>**PO BOX 340001**<br>**Nashville, TN 37203-0001** | | | |
| | Creditor's mailing address | Describe the lien<br>**Purchase Money Security** | | |
| | | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Columbia River Funding, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**105 S 1st St, Suite B**
**Selah, WA 98942**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2007 Kenworth  (needs engine) ($18,000)**
**2006 Wesco Trailer ($5,000)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,000.00      $23,000.00

---

| 2.4 | **Columbia River Funding, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**105 S. 1st St, Suite B**
**Selah, WA 98942**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1999 KW T800  ($21,000)**
**1999 Reliance Trailer ($7,500)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000.00      $28,500.00

---

| 2.5 | **Financial Pacific Lease** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

---

Creditor's Name

**3455 344th #300**
**Auburn, WA 98001**
Creditor's mailing address

**Equipment and personal property -**
**associated with agreement**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/01/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Itria Ventures, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**1 Penn Plaza**
**31st Floor**
**New York, NY 10119**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $25,000.00      $497,186.13
**Accounts Receivables - Disputed**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/10/23**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      $668,000.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|-----|-----|-----|-----|-----|

**2.1**

Priority creditor's name and mailing address
**Attorney General for WA State**
**Bankruptcy & Collections Unit**
**800 Fifth Ave, 20th Floor**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2**

Priority creditor's name and mailing address
**Brandon Alguard**
**32417 Sauk Prairie Rd.**
**Darrington, WA 98241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$6,895.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**IRS
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:          **Unknown**          **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**FQE 03/31/23, FQE 12/31/22**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Michael Ingram
PO BOX 803
Lyman, WA 98263**

As of the petition filing date, the claim is:          **$4,760.63**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Michael Parks
819 Freda Street, #B
Everson, WA 98247**

As of the petition filing date, the claim is:          **$1,278.75**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Sydnee Butler
7416 No Superior Ave, Apt D
Concrete, WA 98237**

As of the petition filing date, the claim is:          **$1,800.00**          **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

| | | | |
|--|--|--|--|
| 2.7 | Priority creditor's name and mailing address<br>**Tre Jimenez**<br>**1711 Sweet Cicely Ln**<br>**Sedro Woolley, WA 98284** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,402.00**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.8 | Priority creditor's name and mailing address<br>**United States Attorney's Offic**<br>**Attn: Bankruptcy Assistant**<br>**700 Stewart Street, Room 5220**<br>**Seattle, WA 98101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**   **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.9 | Priority creditor's name and mailing address<br>**WA Department of Revenue**<br>**2101 4th Ave, Ste 1400**<br>**Seattle, WA 98121** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,769.50**   **$28,769.50** |
| | Date or dates debt was incurred<br>**FQE 03/31/23, FQE 12/31/22** | Basis for the claim:<br>**Sales/Excise Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|--|--|--|--|
| 2.10 | Priority creditor's name and mailing address<br>**WA Dept of L & I**<br>**PO Box 44000**<br>**Olympia, WA 98504-4000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**   **Unknown** |
| | Date or dates debt was incurred<br>**FQE 03/31/23, FQE 12/31/22** | Basis for the claim:<br>**Premium** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Case 23-11047-CMA    Doc 1    Filed 06/05/23    Ent. 06/05/23 18:59:45    Pg. 21 of 49

| Debtor | **Northern Contractors, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

2.11

Priority creditor's name and mailing address

**WA Employment Security Dept**
**PO Box 34949**
**Seattle, WA 98124-1949**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

As of the petition filing date, the claim is: **Unknown** **Unknown**

Date or dates debt was incurred
**FQE 03/31/23, FQE 12/31/22**

Basis for the claim:
**Premium**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ☑ No
- ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Contractors**
**801 South Figueroa Street**
**Unit 700**
**Los Angeles, CA 90017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Bond**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,713.34** |
|---|---|---|---|

**American Express**
**PO BOX 60189**
**City of Industry, CA 91716-0189**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Credit Card**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,129.86** |
|---|---|---|---|

**Bayside Services**
**Herron Valley, Inc.**
**21047 E College Way**
**Mount Vernon, WA 98273**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Builders Alliance**
**3801 Hannegan Road**
**98226**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Supplier**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,912.00** |
|---|---|---|---|

**City of Bellevue - Development**
**PO BOX 90012**
**Bellevue, WA 98009-9012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Permit fees**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Northern Contractors, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,939.20 |
|---|---|---|---|

**Comcast**
**c/o Gurman Law**
**9249 S Broadway, Suite 200-192**
**Littleton, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,985.71 |
|---|---|---|---|

**Core & Main**
**1830 Craig Park Court St.**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $826.00 |
|---|---|---|---|

**Edge Analytical**
**1620 S Walnut St**
**Burlington, WA 98233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,623.76 |
|---|---|---|---|

**Guide Insurance Services**
**8108 Guide Meridian**
**Lynden, WA 98264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99,050.28 |
|---|---|---|---|

**HD Fowler**
**PO BOX 84368**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,379.98 |
|---|---|---|---|

**Home Depot**
**PO BOX 9001030**
**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit Card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,111.00 |
|---|---|---|---|

**K&D Services**
**PO BOX 12040**
**Everett, WA 98206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,951.61 |
|---|---|---|---|

**Miles Sand & Gravel Company**
**400 Valley Ave NE**
**Puyallup, WA 98372-2516**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,951.61 |
|---|---|---|---|

**Miranda & Family Trucking**
**5420 218th Ave NE**
**Puyallup, WA 98372-2516**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Truck Rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,784.62 |
|---|---|---|---|

**NC Machinery**
**NC The Cat Rental Store**
**PO BOX 58201**
**Seattle, WA 98138-1201**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Parts

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**Northline Surveying**
**2025 Riverside Dr**
**Mount Vernon, WA 98273**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,139.17 |
|---|---|---|---|

**Northwest Barricade & Signs, L**
**PO OBX 1758**
**Everett, WA 98206**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,714.26 |
|---|---|---|---|

**Puget Construction Services**
**1609 Central Ave S, Unit 20**
**Kent, WA 98032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,769.96 |
|---|---|---|---|

**Rain For Rent**
**19430 59th Ave NE**
**Arlington, WA 98223**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Watering System - Shulman

Is the claim subject to offset? ■ No ☐ Yes

Case 23-11047-CMA    Doc 1    Filed 06/05/23   Ent. 06/05/23 18:59:45    Pg. 24 of 49

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
| --- | --- | --- | --- |

**Reliance WA**
**c/o Joseph Bowen**
**401 S Second Street**
**Mount Vernon, WA 98273**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Contract Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,875.00** |
| --- | --- | --- | --- |

**RMV Industries**
**1777 S Burlington Blvd, #137**
**Burlington, WA 98233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Truck Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,072.50** |
| --- | --- | --- | --- |

**Road Runner Trucking**
**13101 55th Drive NE**
**Marysville, WA 98271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Truck Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Shulman Family Trust**
**1500 East College Way, Suite 5**
**Mount Vernon, WA 98273**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract Dispute**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,355.00** |
| --- | --- | --- | --- |

**Steelhead Trucking, LLC**
**13404 State Route 9 NE**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Truck Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,340.00** |
| --- | --- | --- | --- |

**Trenchless Construction Servic**
**PO OBX 3372**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$317,122.39** |
| --- | --- | --- | --- |

**United Rentals**
**PO BOX 051122**
**Los Angeles, CA 90074-1122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Various Rental**

Last 4 digits of account number  **6362**

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,607.00 |
| --- | --- | --- | --- |

**Wallace & Assoc**
**PO BOX 405/200**
**Burlington, WA 98233**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,000.00 |
| --- | --- | --- | --- |

**Walsh Construction**
**c/o Galloway Law Group**
**PO BOX 425**
**Lake Stevens, WA 98258**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Contract Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,797.41 |
| --- | --- | --- | --- |

**Western Concrete Pumping, Inc**
**2015 E Bakerview Rd**
**Bellingham, WA 98226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,521.02 |
| --- | --- | --- | --- |

**WEX Bank**
**PO BOX 4337**
**Carol Stream, IL 60197-4337**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **David Soles**<br>**1416 NW 46th St, Suite 105**<br>**PMB**<br>**Seattle, WA 98107** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Gilbert Levy Bennett**<br>**7455 SW Bridgeport Road**<br>**Portland, OR 97224** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Julie Gurman, LLC**<br>**9249 S. Broadway**<br>**Suite 200-192**<br>**Littleton, CO 80129** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Shulman Family Trust**<br>**c/o Scott Hidebrand, Attorney**<br>**3020 Issaquah-Pine Lake**<br>**Rd SE, #304**<br>**Sammamish, WA 98075** | Line  **3.23**<br><br>☐ Not listed. Explain ____ | _ |

Case 23-11047-CMA    Doc 1    Filed 06/05/23    Ent. 06/05/23 18:59:45    Pg. 26 of 49

Debtor    **Northern Contractors, LLC**          Case number (if known) _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 47,905.88 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,576,922.68 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,624,828.56 |

Debtor name **Northern Contractors, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Northern Contractors, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Rory Butler** | **1621 Freeway Drive**<br>**Mount Vernon, WA 98273** | **Arsenal Funding** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Rory Butler** | **1621 Freeway Drive**<br>**Mount Vernon, WA 98273** | **Walsh Construction** | ☐ D _____<br>■ E/F  **3.28**<br>☐ G _____ |
| 2.3 | **Rory Butler** | **1621 Freeway Drive**<br>**Mount Vernon, WA 98273** | **CAT Financial** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Rory Butler** | **1621 Freeway Drive**<br>**Mount Vernon, WA 98273** | **Itria Ventures, LLC** | ■ D  **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Rory Butler** | **1621 Freeway Drive**<br>**Mount Vernon, WA 98273** | **Columbia River Funding, LLC** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |

| | Additional Page to List More Codebtors | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** — *Column 2:* **Creditor**

| | Codebtor | Creditor | |
|---|---|---|---|
| 2.6 | **Rory Butler** | **1621 Freeway Drive** **Mount Vernon, WA 98273** | **Columbia River** **Funding, LLC** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Stacy Bailey** | **1805 Weaver Wy** **Snohomish, WA 98291** | **Columbia River** **Funding, LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Stacy Bailey** | **1805 Weaver Wy** **Snohomish, WA 98291** | **Columbia River** **Funding, LLC** | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$350,000.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$4,000,000.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Gross Revenue** | **$2,800,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **WA Dept of L & I**<br>**PO Box 44000**<br>**Olympia, WA 98504-4000** | **March 2023** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Rory Butler**<br><br>**Managing Member** | **2022 - Wages**<br>**$54,000.00,**<br>**Draws**<br>**$50,000.00** | **$104,000.00** | **Company management** |
| 4.2.  **Stacey Bailey**<br><br>**Former Member** | **Last 12 months** | **$104,000.00** | **Wages: $54,000.00**<br>**Draws: $50,000/00** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Shulman Family Trust**<br>**v**<br>**Northern Contractors, LLC;**<br>**American Contractors**<br>**Indemnity Company**<br>**22-2-00930-29** | **Civil** | **Skagit County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Reliance WA v Northern Contractors, LLC; American Contractors Indemnity 22-2-00964-29 | Collection | Skagit County Superior | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. K&D Services, inc. v. Northern Contractors, LLC; American Contractors Indemnity 23-2-01927-31 | Civil | Snohomish County Superior Court | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. Walsh Construction Co Washington v. Northern Contractors, LLC and American Contractors Indemnity Company 23-2-00180-29 | Civil | Skagit Superior Court | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Neeleman Law Group, P.C.**<br>**1403 8th Street**<br>**Marysville, WA 98270** | **Attorney Fees:  $5,000.00**<br>**Filing Fee:  $1,738.00**<br>**Funds Helds in trust:  $3,262.00** | **5/16/23** | **$10,000.00** |
| | Email or website address<br>**www.neelemanlawgroup.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rory Butler** | **31704 Cedar Flats Lane Sedro Woolley, WA 98284** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Stacey Bailey** | | **Member** | **03/01/2020 -12/31/2022** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rory Butler** | **Wages: $54,000.00 Draws: $50,000/00** | **2022** | **Management** |
| | Relationship to debtor **Managing member** | | | |
| 30.2. | **Stacey Bailey** | **Wages: $54,000.00 Draws: $50,000/00** | **2022** | **Management** |
| | Relationship to debtor **Former Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 30, 2023**

**/s/ Rory Butler**                                          **Rory Butler**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Western District of Washington

In re  **Northern Contractors, LLC**         Case No.
                                                Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | To Be Determined |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | To Be Determined |

2.   $ __**1,738.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

         **Negotiations with secured creditors to reduce to market value; General case management.**
         **Attendance at all required hearings and services required for confirmation of a Chapter 11 Plan.**
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__5/30/23__                                    /s/ Thomas Neeleman
*Date*                                               **Thomas D. Neeleman 33980**
                                              *Signature of Attorney*
                                              **Neeleman Law Group, P.C.**
                                              **1403 8th Street**
                                              **Marysville, WA 98270**
                                              **(425) 212-4800  Fax: (425) 212-4802**
                                              **courtmail@expresslaw.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re   **Northern Contractors, LLC**        Case No. _____

                      Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 30, 2023**                   Signature   **/s/ Rory Butler**

                                                           **Rory Butler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AMERICAN CONTRACTORS
801 SOUTH FIGUEROA STREET
UNIT 700
LOS ANGELES, CA 90017


AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY, CA 91716-0189


ARSENAL FUNDING
C/O PCP MANAGMENT CORP.
15 WEST 36TH STREET, 11TH FLOO
NEW YORK, NY 10018


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


BAYSIDE SERVICES
HERRON VALLEY, INC.
21047 E COLLEGE WAY
MOUNT VERNON, WA 98273


BRANDON ALGUARD
32417 SAUK PRAIRIE RD.
DARRINGTON, WA 98241


BUILDERS ALLIANCE
3801 HANNEGAN ROAD
98226


CAT FINANCIAL
2120 WEST END AVE
PO BOX 340001
NASHVILLE, TN 37203-0001


CITY OF BELLEVUE - DEVELOPMENT
PO BOX 90012
BELLEVUE, WA 98009-9012


COLUMBIA RIVER FUNDING, LLC
105 S 1ST ST, SUITE B
SELAH, WA 98942

COLUMBIA RIVER FUNDING, LLC
105 S. 1ST ST, SUITE B
SELAH, WA 98942


COMCAST
C/O GURMAN LAW
9249 S BROADWAY, SUITE 200-192
LITTLETON, CO 80129


CORE & MAIN
1830 CRAIG PARK COURT ST.
SAINT LOUIS, MO 63146


DAVID SOLES
1416 NW 46TH ST, SUITE 105
PMB
SEATTLE, WA 98107


EDGE ANALYTICAL
1620 S WALNUT ST
BURLINGTON, WA 98233


FINANCIAL PACIFIC LEASE
3455 344TH #300
AUBURN, WA 98001


GILBERT LEVY BENNETT
7455 SW BRIDGEPORT ROAD
PORTLAND, OR 97224


GUIDE INSURANCE SERVICES
8108 GUIDE MERIDIAN
LYNDEN, WA 98264


HD FOWLER
PO BOX 84368
SEATTLE, WA 98124


HOME DEPOT
PO BOX 9001030
LOUISVILLE, KY 40290-1030

```
IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


ITRIA VENTURES, LLC
1 PENN PLAZA
31ST FLOOR
NEW YORK, NY 10119


JULIE GURMAN, LLC
9249 S. BROADWAY
SUITE 200-192
LITTLETON, CO 80129


K&D SERVICES
PO BOX 12040
EVERETT, WA 98206


MICHAEL INGRAM
PO BOX 803
LYMAN, WA 98263


MICHAEL PARKS
819 FREDA STREET, #B
EVERSON, WA 98247


MILES SAND & GRAVEL COMPANY
400 VALLEY AVE NE
PUYALLUP, WA 98372-2516


MIRANDA & FAMILY TRUCKING
5420 218TH AVE NE
PUYALLUP, WA 98372-2516


NC MACHINERY
NC THE CAT RENTAL STORE
PO BOX 58201
SEATTLE, WA 98138-1201


NORTHLINE SURVEYING
2025 RIVERSIDE DR
MOUNT VERNON, WA 98273
```

NORTHWEST BARRICADE & SIGNS, L
PO OBX 1758
EVERETT, WA 98206


PUGET CONSTRUCTION SERVICES
1609 CENTRAL AVE S, UNIT 20
KENT, WA 98032


RAIN FOR RENT
19430 59TH AVE NE
ARLINGTON, WA 98223


RELIANCE WA
C/O JOSEPH BOWEN
401 S SECOND STREET
MOUNT VERNON, WA 98273


RMV INDUSTRIES
1777 S BURLINGTON BLVD, #137
BURLINGTON, WA 98233


ROAD RUNNER TRUCKING
13101 55TH DRIVE NE
MARYSVILLE, WA 98271


RORY BUTLER
1621 FREEWAY DRIVE
MOUNT VERNON, WA 98273


SHULMAN FAMILY TRUST
1500 EAST COLLEGE WAY, SUITE 5
MOUNT VERNON, WA 98273


SHULMAN FAMILY TRUST
C/O SCOTT HIDEBRAND, ATTORNEY
3020 ISSAQUAH-PINE LAKE
RD SE, #304
SAMMAMISH, WA 98075


STACY BAILEY
1805 WEAVER WY
SNOHOMISH, WA 98291

STEELHEAD TRUCKING, LLC
13404 STATE ROUTE 9 NE
ARLINGTON, WA 98223


SYDNEE BUTLER
7416 NO SUPERIOR AVE, APT D
CONCRETE, WA 98237


TRE JIMENEZ
1711 SWEET CICELY LN
SEDRO WOOLLEY, WA 98284


TRENCHLESS CONSTRUCTION SERVIC
PO OBX 3372
ARLINGTON, WA 98223


UNITED RENTALS
PO BOX 051122
LOS ANGELES, CA 90074-1122


UNITED STATES ATTORNEY'S OFFIC
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WALLACE & ASSOC
PO BOX 405/200
BURLINGTON, WA 98233


WALSH CONSTRUCTION
C/O GALLOWAY LAW GROUP
PO BOX 425
LAKE STEVENS, WA 98258

```
WESTERN CONCRETE PUMPING, INC
2015 E BAKERVIEW RD
BELLINGHAM, WA 98226


WEX BANK
PO BOX 4337
CAROL STREAM, IL 60197-4337
```

# United States Bankruptcy Court
## Western District of Washington

In re  **Northern Contractors, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 30, 2023**

**/s/ Rory Butler**

**Rory Butler/Managing Member**
Signer/Title

# United States Bankruptcy Court
## Western District of Washington

In re    **Northern Contractors, LLC**            Case No. _____

Debtor(s)          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Northern Contractors, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 30, 2023_____

Date

**/s/ Thomas D. Neeleman**_____

**Thomas D. Neeleman 33980**

Signature of Attorney or Litigant

Counsel for   **Northern Contractors, LLC**_____

**Neeleman Law Group, P.C.**

**1403 8th Street**
**Marysville, WA 98270**
**(425) 212-4800 Fax:(425) 212-4802**
**courtmail@expresslaw.com**