UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>Northern Contractors, LLC,<br><br>        Debtor. | Case No. 23-11047-CMA<br><br>ORDER DISMISSING<br>CHAPTER 11 CASE |

THIS MATTER came before the Court upon the motion of the United States Trustee for an order dismissing or converting this case (the "Motion") on June 29, 2023. Appearances were as set forth on the record. The Court has reviewed and considered the Motion, the evidence submitted in support of the Motion, the records and files herein, and the oral argument of counsel.

The Court finds that:

1. Notice of the Motion was timely and adequate;

2. Cause exists pursuant to § 1112(b) to dismiss this case; and

3. In addition to the foregoing, the findings of fact and conclusions of law orally set forth on the record at the time of the hearing on the Motion are adopted and incorporated herein

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 23-11047-CMA Doc 52 Filed 07/03/23 Ent. 07/03/23 12:05:42 Pg. 1 of 2

pursuant to Fed. R. Civ. P. 52(a) and Fed. R. Bank. P. 7052.

    Based upon the foregoing,

    IT IS HEREBY ORDERED THAT:

    A.    This chapter 11 case is hereby dismissed.

    B.    The Clerk of the Court shall forthwith provide notice of the dismissal of this case to the Debtor, all creditors, and other parties in interest.

///END OF ORDER///

Presented by:

Gregory M. Garvin
Acting U.S. Trustee for Region 18

*/s/ Ryan S. Moore*
Ryan S. Moore, WSBA #50098
Attorney for United States Trustee

Agreed as to form and content:

Neeleman Law Group, P.C.

*/s/ Thomas D. Neeleman*
Thomas D. Neeleman, WSBA #33980
Attorney for the Debtor

ORDER

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)