# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

Case No.:  23−11047−CMA
Chapter:  11

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Northern Contractors LLC
1621 Freeway Drive
Mount Vernon, WA 98273

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
84−4610234

---

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **July 3, 2023 for Northern Contractors LLC, Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: July 3, 2023

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court